# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-mj-00131-DLW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. BEREL STOLWORTHY,

      Defendant.

---

## ORDER

---

Upon review and consideration of the government's Notice Re: Speedy Trial and Motion to Reset the Date of the Defendant's Next Appearance Before the Court, and for good cause shown, it is ORDERED as follows:

The current setting on November 3, 2015, at 10:00 a.m. is hereby reset to *October 27*, 2015, at *3:00* ~~a.m.~~/p.m. for *further proceedings*.

DATED this *23* day of *October*, 2015.

BY THE COURT:

David L. West
U.S. Magistrate Judge
DISTRICT OF COLORADO