**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  15-MJ-00131-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  BEREL D. STOLWORTHY,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant was set for Sentencing before the Magistrate Judge in Durango, Colorado on this date at 3:00 p.m.  Defendant failed to appear, therefore:

**IT IS HEREBY ORDERED** an Arrest Warrant shall be issued for the Defendant for failure to appear.

**DATED: April 5, 2016.**

                                                 **BY THE COURT:**

                                                 **s/David L. West**
                                                 **United States Magistrate Judge**